IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Catemis, Sotiri

Printed: 5/27/08

Case Number: 05 B 23102
Judge: Goldgar, A. Benjamin
Filed: 6/9/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: May 23, 2008
Confirmed: July 26, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 34,105.54 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 18,956.30 |
| Priority: |  | 11,688.27 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 1,760.97 |
| Other Funds: |  | 0.00 |
| Totals: | 34,105.54 | 34,105.54 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 1,700.00 | 1,700.00 |
| 2. | Internal Revenue Service | Priority | 11,688.27 | 11,688.27 |
| 3. | American Solutions For BJS | Unsecured | 1,850.29 | 1,850.29 |
| 4. | Illinois Student Assistance Commission | Unsecured | 1,592.59 | 1,592.59 |
| 5. | RoundUp Funding LLC | Unsecured | 10,821.09 | 10,821.09 |
| 6. | Internal Revenue Service | Unsecured | 1,593.00 | 1,593.00 |
| 7. | Resurgent Capital Services | Unsecured | 3,099.33 | 3,099.33 |
| 8. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 9. | BWD Corp. | Unsecured |  | No Claim Filed |
| 10. | Office Support Services | Unsecured |  | No Claim Filed |
| 11. | Capital One | Unsecured |  | No Claim Filed |
| 12. | Credit First | Unsecured |  | No Claim Filed |
| 13. | Transworld | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 32,344.57 | $ 32,344.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 87.30 |
| 5.5% | 480.15 |
| 5% | 97.00 |
| 4.8% | 279.36 |
| 5.4% | 680.95 |
| 6.5% | 136.21 |
|  | _____ |
|  | $ 1,760.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Catemis, Sotiri

Printed: 5/27/08

Case Number:  05 B 23102
Judge:  Goldgar, A. Benjamin
Filed:  6/9/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

